# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2013

147296

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WAYNE COUNTY EMPLOYEES
RETIREMENT SYSTEM and WAYNE COUNTY
RETIREMENT COMMISSION,
        Plaintiffs/
        Counter-Defendants-Appellees,

v

                                      SC: 147296
                                      COA: 308096
                                      Wayne CC: 10-013013-AW

CHARTER COUNTY OF WAYNE,
        Defendant/
        Counter-Plaintiff-Appellant,
and

WAYNE COUNTY BOARD OF
COMMISSIONERS,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 9, 2013 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 42 days of the date of this order addressing: (1) whether the Court of Appeals erred in holding that provisions of Wayne County Enrolled Ordinance 2010-514 violate the Public Employee Retirement System Investment Act, MCL 38.1132 et seq.; and (2) whether the ordinance violates Const 1963, art 9, § 24. The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2013



Clerk

t1126